IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL BUSHEE,
      Plaintiff,

vs.                             Case No.: 3:06cv293/LAC/EMT

STATE OF FLORIDA,
      Defendants.
_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 7, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

     Having considered the report and recommendation,  I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.  This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

     **DONE AND ORDERED** this 10th day of October, 2006.

s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**